IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: UNIFIED MESSAGING SOLUTIONS LLC PATENT LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No: 12 C 6286 (13 C 275) Judge Joan H. Lefkow |

## ORDER

Pursuant to Stipulation [696], all claims asserted by Unified Messaging Solutions LLC against PNC Bank, N.A. and RBC Bank (U.S.A.) are hereby dismissed with prejudice and all counterclaims and defenses asserted in this action by PNC Bank, N.A. and RBC Bank (U.S.A.) against Unified Messaging Solutions LLC are hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees. PNC Bank, N.A. and RBC Bank (U.S.A.) are dismissed as parties in this case. Civil case terminated.
.

Date: April 4, 2014                                         _____
                                                                          U.S. District Judge Joan H. Lefkow